IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLIFFORD J. SCHUETT,

     Plaintiff,

v.                                Civil Action No. 3:17CV174

MR. WILSON, et al.,

     Defendants.

F I L E D

JUN 2 2 2017

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MEMORANDUM OPINION

Clifford J. Schuett, a federal inmate, submitted this civil action and applied to proceed in forma pauperis. By Memorandum Order entered on April 28, 2017, the Court noted that Schuett also filed another action, Schuett v. Wilson, No. 3:17CV102 (E.D. Va.), wherein the Court indicated that Schuett may have three strikes under 28 U.S.C. § 1915(g). The Court directed Schuett to comply with certain directives pertaining to whether he has three strikes under 28 U.S.C. § 1915(g) and pertaining to his medical care for his chronic conditions. The Court explained that to date, Schuett had failed to comply with the Court's directives in 3:17CV102. Failing to receive the result he desired in 3:17CV102, it appeared that Schuett was attempting to litigate this new action instead of complying with the directives of the Court. Thus, the Court informed Schuett that it would take no action in the instant case until Schuett complied with the directives of the Court in 3:17CV102. The

Court also warned that a failure to comply with the Order (ECF No. 5) in 3:17CV102 would result in dismissal of that action and this one.

Schuett failed to comply with the directives of the Court in 3:17CV02. Accordingly, as the Court warned Schuett in its earlier Memorandum Order, the Court will also dismiss this action without prejudice.

The Clerk of the Court is directed to send a copy of this Memorandum Opinion to Schuett.

It is so ORDERED.

_____ /s/ _RER_

Robert E. Payne
Senior United States District Judge

Date: _June 21, 2017_
Richmond, Virginia